UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
JOHN RANDALL FUTCH

       -V-

WARDEN, Metropolitan Detention
Center and THE FEDERAL BUREAU
OF PRISONS
----------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 2 1 2010 ★

BROOKLYN OFFICE

ORDER
CV09-4640 (JBW)

Petitioner has filed a motion for a writ of mandamus pursuant to 28 U.S.C. 1361. The Clerk of Court is to forward a copy of this motion to the United States Attorney for a response. A hearing will be held on February 9, 2010 at 10:00 a.m. The warden is to have the petitioner available by telephone to participate at this hearing.

                                                      _/s/ Jack B. Weinstein_____
                                                      JACK B. WEINSTEIN
                                                      SR. UNITED STATES DISTRICT JUDGE

DATED:

*pls. dkt. ★*
*scan & forward to*
*U.S. Atty.*